

FILED

MAR 26 2015

Clerk, U.S. District Court
District Of Montana
Billings

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF MONTANA

# BILLINGS DIVISION

| UNITED STATES OF AMERICA, | Case No. MJ-15-20-BLG-CSO |
| Plaintiff, | |
| vs. | ORDER APPOINTING COUNSEL: FEDERAL DEFENDERS OF MONTANA |
| WILLIAM KRISSTOFER WOLF, | |
| Defendant. | |

Upon consideration of the completed CJA 23 Form submitted by the above-named Defendant, and having determined that the Defendant is financially unable to obtain counsel;

IT IS HEREBY ORDERED that MARK S. WERNER and the FEDERAL DEFENDERS OF MONTANA, be appointed to represent the Defendant at every stage of the proceedings from initial appearance through appeal, including ancillary matters appropriate to the proceedings.

IT IS FURTHER ORDERED that the Defendant shall pay the sum of _____ DOLLARS ($_____) per month to the Clerk of Court for defense costs in this matter, pursuant to 18 U.S.C. § 3006A(f). The first payment of $_____ shall be made on or before _____, and each subsequent payment shall be made on or before the _____ day of each month, during the pendency of this case. If, during the pendency of this matter, the Defendant's financial condition changes, the Defendant may petition the Court for a reduction in the defense costs in this matter.

Also pursuant to 18 U.S.C. § 3006, if investigation reveals that the Defendant owns or has control over assets not disclosed herein, the Defendant will be required to reimburse the United States for all or part of the defense costs expended in his behalf.

DATED this 26th day of March, 2015.

_____
CAROLYN S. OSTBY
UNITED STATES MAGISTRATE JUDGE